UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CECIL GEORGE, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:09-CV-194 (VARLAN/GUYTON) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, the Report and Recommendation [Doc. 15] entered by Magistrate Judge H. Bruce Guyton is **ACCEPTED IN WHOLE**; Plaintiff's Motion for Summary Judgment [Doc. 9] is **DENIED**; Defendant Commissioner's Motion for Summary Judgment [Doc. 12] is **GRANTED**; and the decision of the defendant Commissioner in this case denying plaintiff's applications for disability insurance benefits and supplemental security income benefits is **AFFIRMED;** and this case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE